UNITED STATES DISTRICT COURT
For the District of Columbia

| | |
|---|---|
| JAMES MCCREARY | : |
|   9617 Small Drive | : |
|   Clinton, MD 20735 | : |
|         Plaintiff, | : |
| | : |
|         v. | :   Civil Action No. _____ |
| | : |
| UNITED STATES OF AMERICA | : |
|   950 Pennsylvania Avenue, N.W. | : |
|   Washington, D.C. 20530, | : |
| **Serve**:  The Honorable Eric H. Holder, Jr. | : |
| Attorney General of the United States | : |
| United States Department of Justice | : |
| 950 Pennsylvania Avenue, N.W. | : |
| Washington, D.C. 20530 | : |
| | : |
| Ronald Machen, Esq. | : |
| United States Attorney for the District of | : |
| Columbia, Office of the United States Attorney | : |
| 555 Fourth Street, N.W. | : |
| Washington, D.C. 20001 | : |
|         Defendant | : |
| _____ | : |

——— COMPLAINT ———

Introduction

This is a Federal Tort Claims Act action for personal injuries suffered by a resident of the District of Columbia who was involved in a traffic accident on March 15, 2011 in the District of Columbia with a vehicle owned by the United States which was being operated within the scope of his employment by an employee of the United States Department of Homeland Security.

## Jurisdiction and Venue

1. The Plaintiff James McCreary is an adult resident of the State of Maryland residing at 9617 Small Drive, Clinton, Maryland 20735.

2. Pursuant to 28 U.S.C. 2675(a), the Plaintiff presented a written claim identifying the incident and damages which are the subject of this action to the United States Department of Homeland Security on or about January 31, 2013.

3. This lawsuit is filed within six months of the United States Department of Homeland Security's administrative denial of claim letter to Plaintiff dated April 26, 2013 pursuant to 28 U.S.C. 2671therefore Plaintiff has the right to institute this action.

4. All acts hereinafter alleged occurred within the District of Columbia.

5. Jurisdiction over the subject-matter and parties to this action is conferred upon this Court pursuant to 28 U.S.C. 1331 and 28 U.S.C. 1346(b)(1).

6. Venue is proper in this District pursuant to 28 U.S.C. 1391(e).

## Statement of Facts

7. On or about March 15, 2011 at approximately 12:00 pm, Plaintiff stopped his vehicle at the intersection of Benning Road, NE and Maryland Avenue, NE within the District of Columbia for an emergency vehicle.

8. At that same time and place, a motor vehicle operated by Kenneth Washington acting within the scope of his employment for the Secret Service and the Department of Homeland Security was traveling in the same direction as Plaintiff two vehicles behind the plaintiff.

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

9.     As Plaintiff was stopped for the emergency, defendant's vehicle rear ended the car behind Plaintiff that in turn was pushed into the rear of Plaintiff's vehicle.

10.    At that time and at all other times hereinafter alleged, Mr. Washington was operating that automobile with the express or implied permission of the United States and within the scope of his employment by the United States Department of Homeland Security.

11.    At all material times, defendant had the duty to Plaintiff to drive reasonably under the circumstances and to pay full time and attention, keep a proper lookout, keep a safe distance from the vehicle ahead, yield the right of way, and drive safely so as to not cause unreasonable harm to others including plaintiff.

12.    The defendant failed to so operate his motor vehicle and caused the aforementioned vehicles to collide.

13.    As a direct and proximate result of defendant's negligence, Mr. McCreary (i) suffered painful and possibly permanent injuries to his person, (ii) endured and may continue to endure emotional distress, (iii) incurred and may continue to incur medical expenses and (iv) lost and may continue to lose wages, all to his damage in the amount of one hundred thousand dollars.

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

Prayer For Relief

**WHEREFORE**, the premises considered, the Plaintiff respectfully prays this Court to:

- Enter judgment against the United States in the amount of one hundred thousand dollars in compensatory damages; and
- Grant him interest thereon and the costs of this action.

Respectfully submitted,

/s/ Frederick J. Brynn
Frederick J. Brynn (433863)
922 Pennsylvania Avenue, SE
Washington, D.C. 20003
Tel: (202) 544-7200
Fax: (202) 544-7626

*Counsel For the Plaintiff*

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)